**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 121 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MAURICE CHAMBERS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.